UNITED STATES OF AMERICA
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:22CR00032 SNLJ |
| CONNER J. THIBODEAUX, | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on Defendant's First Motion to Dismiss Indictment, filed October 17, 2022 [Doc. 42]. Pursuant to 28 U.S.C. § 636(b), this matter was referred to United States Magistrate Judge Abbie Crites-Leoni, who filed a Report and Recommendation on August 25, 2023 [Doc. 81]. Defendant Thibodeaux did not submit objections thereto, and the time for doing so has passed.

Magistrate Judge recommends that the Court deny Defendant's motion. After de novo review of this matter, this Court adopts the Magistrate Judge's Report and Recommendation.

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge Abbie Crites-Leoni [Doc. 81], filed August 25, 2023, be and is **SUSTAINED**, **ADOPTED**, and **INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendant's First Motion to Dismiss Indictment [Doc. 42] is **DENIED**.

Dated this 11th day of September, 2023.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE